**WILLIAM M. NARUS, CAB #243633**
Acting United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204-2936
sean.martin@usdoj.gov
Telephone:   (503) 727-1000
         Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **SOUTH FORK RANCH, LLC, an Oregon Limited Liability Company,** | **Case No. 2:25-cv-00186-HL** |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| **UNITED STATES OF AMERICA**, | |
| Defendant, | |

The parties provide this joint status report, pursuant to their statements in the filing made on December 18, 2025, in the *Waibel Ranches* case (ECF 182 in No. 15-cv-02071-HL).  The instant case has now been severed from *Waibel Ranches*.

The United States and South Fork Ranch remain involved in settlement discussions regarding the Teaters Road easement, and South Fork Ranch agrees to stay this case to facilitate further discussions.  The United States and South Fork Ranch propose to file a further joint status report on the status of their discussions by May 2, 2025.

Dated this 26th day of February 2025.

Respectfully submitted,

/s/ *Michael W. Peterkin*
MICHAEL W. PETERKIN
Peterkin Burgess

*Attorney for Plaintiff*

WILLIAM M. NARUS
Acting United States Attorney
District of Oregon

/s/ *Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney

*Attorneys for Defendant*

Page 2     Joint Status Report, *South Fork Ranch, LLC v. United States;* Case No. 2:25-cv-00186-HL