| Crook County Official Records | **2023-322336** |
|---|---|
| DEED-D | |
| Pgs=15 | **05/24/2023 09:22:01 AM** |
| $75.00 $2.00 $11.00 $10.00 $61.00 $5.00 | $164.00 |

I, Cheryl Seely, County Clerk for Crook County, Oregon, certify that the instrument identified herein was recorded in the Clerk records.

Cheryl Seely - County Clerk

AFTER RECORDING RETURN TO:
South Fork Ranch LLC
Attn: Curt Baney ·
475 NE Bellevue Dr, Suite 210
Bend, OR 97701

UNTIL A CHANGE IS REQUESTED, ALL TAX
STATEMENTS SHALL BE SENT TO:
South Fork Ranch LLC
Attn: Curt Baney
475 NE Bellevue Dr, Suite 210
Bend, OR 97701

## STATUTORY WARRANTY DEED
### (Oregon)

Waibel Properties LLC, an Oregon limited liability company ("**Grantor**"), conveys and warrants to South Fork Ranch LLC, an Oregon limited liability company ("**Grantee**"), the following described real property free of encumbrances except as specifically set forth herein:

The real property described in Exhibit "A" attached hereto (the "**Property**").

This conveyance is made by Grantor and accepted by Grantee subject only to those exceptions identified in Exhibit "B" attached hereto.

The true consideration for this conveyance $21,000,000.00.

BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON TRANSFERRING FEE TITLE SHOULD INQUIRE ABOUT THE PERSON'S RIGHTS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010. THIS INSTRUMENT DOES NOT ALLOW USE OF THE PROPERTY DESCRIBED IN THIS INSTRUMENT IN VIOLATION OF APPLICABLE LAND USE LAWS AND REGULATIONS. BEFORE SIGNING OR ACCEPTING THIS INSTRUMENT, THE PERSON ACQUIRING FEE TITLE TO THE PROPERTY SHOULD CHECK WITH THE APPROPRIATE CITY OR COUNTY PLANNING DEPARTMENT TO VERIFY THAT THE UNIT OF LAND BEING TRANSFERRED IS A LAWFULLY ESTABLISHED LOT OR PARCEL, AS DEFINED IN ORS 92.010 OR 215.010, TO VERIFY THE APPROVED USES OF THE LOT OR PARCEL, TO DETERMINE ANY LIMITS ON LAWSUITS AGAINST FARMING OR FOREST PRACTICES, AS DEFINED IN ORS 30.930, AND TO INQUIRE ABOUT THE RIGHTS OF NEIGHBORING PROPERTY OWNERS, IF ANY, UNDER ORS 195.300, 195.301 AND 195.305 TO 195.336 AND SECTIONS 5 TO 11, CHAPTER 424, OREGON LAWS 2007, SECTIONS 2 TO 9 AND 17, CHAPTER 855, OREGON LAWS 2009, AND SECTIONS 2 TO 7, CHAPTER 8, OREGON LAWS 2010.

[signature page follows]

1

PDX\138445\267789\ARW\36651520.1




**EXHIBIT 1**
**Page 1 of 15**

Dated May 22, 2023.

**GRANTOR:**

Waibel Properties LLC

By: _____ Manager

Name: Brad Waibel

Its: Manager

STATE OF  _TEXAS_     )

                         )   ss.

County of _KENDALL_     )

      This instrument was acknowledged before me this 22nd day of May, 2023, by Brad Waibel as Manager of Waibel Properties LLC.

> RUBEN CASTILLA
> Notary ID #11172205
> My Commission Expires
> June 14, 2025

_____

NOTARY PUBLIC FOR  _TEXAS_

My Commission Expires: _6-14-25_

2

**EXHIBIT 1**
**Page 2 of 15**

## Exhibit A

### Property.

Located in CROOK COUNTY, OREGON:

TRACT I:
In Township 16 South, Range 20 East of the Willamette Meridian,
Section 24: The E½ of the E½ and the East 50 rods of the South 60 rods of the S½SW¼.

TRACT II:
In Township 16 South, Range 20 East of the Willamette Meridian:
Section 24: W½E½, NW¼, N½SW¼, and the North 20 rods of the S½SW¼ EXCEPTING
the West 110 rods of the NW¼, the West 110 rods of the N½SW¼, and the West 110
rods of the North 20 rods of the S½SW¼.
Section 25: All.

In Township 16 South, Range 21 East of the Willamette Meridian:
Section 8: SE¼SE¼.
Section 16: SW¼NW¼, NW¼SW¼, SW¼SE¼.
Section 17: All.
Section 18: All.
Section 19: All.
Section 20: All.
Section 21: All.
Section 22: S½NE¼, NW¼NW¼, S½NW¼, SW¼.
Section 28: All.
Section 29: All.
Section 30: Lots 1 and 2, and the E½NW¼.
Section 31: All.

TRACT III:
Township 16 South, Range 21 East of the Willamette Meridian:
Section 30: Lots 3 and 4, E½SW¼, and SE¼.
Section 32: N½ and SW¼.

Township 17 South, Range 21 East of the Willamette Meridian:
Section 4: Lots 1 to 4, inclusive, S½N½ and N½S½.
Section 6: Lots 1 to 4, inclusive, S½NE¼, SE¼NW¼, N½SE¼, SW¼SE¼, and
N½SE¼SE¼.
Section 8: S½N½ and S½.
Section 10: SE¼SW¼ and SW¼SE¼.
Section 14: All.

Township 17 South, Range 22 East of the Willamette Meridian:
Section 18: Lots 3 and 4.

3

EXHIBIT 1
Page 3 of 15

TRACT IV:
Parcel 1:
In Township 16 South of Range 21 East of the Willamette Meridian:
Section 33: All, EXCEPTING the W½SW¼.

In Township 17 South of Range 20 East of the Willamette Meridian:
Section 13: All.

In Township 17 South of Range 21 East of the Willamette Meridian:
Section 4: The South half of the South half.
Section 5: All.
Section 7: All.
Section 8: The North half of the North half.
Section 17: All.
Section 18: All.
Section 19: All.
Section 20: All.
Section 9: That portion of Section 9 lying North of the State Highway, as it is now located
and constructed, and that portion of the West half of the West half of Section 9 lying South
of the State Highway, as it is now located and constructed.

Parcel 2:
In Township 17 South of Range 21 East of the Willamette Meridian:
Section 9: All that portion lying South of the State Highway, as located and constructed
EXCEPTING that comprised in the West half of the West half.
Section 10: The North half, the East half of the Southeast quarter, the Northwest quarter of
the Southeast quarter, the West half of the Southwest quarter, and the Northeast quarter
of the Southwest quarter.
Section 11: The Southeast quarter, the South half of the Northeast quarter, the Southwest
quarter, and the South half of the Northwest EXCEPTING a tract of land deeded to Maury
Cemetary Association by deed recorded in Book 49 of Deeds at Page 225, Records of
Crook County, Oregon.
Section 12: The Southwest quarter, and South half of the Northwest quarter, EXCEPTING a
tract of land deeded to H.H. Hawley by deed recorded in Book 46 of Deeds at Page 629,
Records of Crook County, Oregon.
Section 15: All.
Section 16: All.
Section 21: All.
Section 22: All.
Section 23: All.

EXCEPTING from the above described lands those portions deeded to the State of Oregon,
by and through its State Highway Commission, as recorded in Book 52 of Deeds at Page 295,
Book 83 of Deeds at Page 387, and in Book 83 of Deeds at Page 552, Records of Crook
County, Oregon.

4

EXHIBIT 1
Page 4 of 15

TRACT V:

Parcel 1:
In Township 17 South, Range 21 East of the Willamette Meridian:
Section 13: All.
Section 24: All.
Section 25: Southwest quarter of the Southwest quarter.
Section 26: South half of the Southeast quarter.
Section 35: Southeast quarter, North half of the Northeast quarter, Southeast quarter of the Northeast quarter.
Section 36: West half of the Northwest quarter.

In Township 17 South, Range 22 East of the Willamette Meridian:
Section 19: All.

Parcel 2:
In Township 17 South, Range 21 East of the Willamette Meridian:
Section 30: Southeast quarter of the Southeast quarter.

Parcel 3:
In Township 17 South, Range 22 East of the Willamette Meridian:
Section 18: Lot 2, the Southeast quarter of the Northwest quarter, the East half of the Southwest quarter, and the Southwest quarter of the Southeast quarter.

PDX\138445\267789\ARW\36651520.1

EXHIBIT 1
Page 5 of 15

## Exhibit B

## Permitted Exceptions

**SPECIAL EXCEPTIONS FOR TRACT I:**

1.  Intentionally Omitted.

2.  Right, title and interest of the public in and to those portions of the Land lying within roads, streets or highways.

3.  Reservations as disclosed in document,
    Recorded: February 7, 1992
    Instrument No.: 102621

4.  Deed of Dedication including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
    Granted To: Crook County, a political subdivision of the State of Oregon
    Recorded: November 1, 2017
    Instrument No.: 2017-283572

5.  Intentionally Omitted.

**SPECIAL EXCEPTIONS FOR TRACT II:**

6.  Intentionally Omitted.

7.  Right, title and interest of the public in and to those portions of the Land lying within roads, streets or highways.

8.  Rights of the public and governmental bodies in and to that portion of said premises now or at any time lying below the high water line of Sheep Rock Creek and North Fork Crooked River, including any ownership rights which may be claimed by the State of Oregon as to any portion now or at any time lying below the ordinary high water line.

    Such rights and easements for navigation and fishing as may exist over that portion of the property now or at any time lying beneath the waters of Sheep Rock Creek and North Fork Crooked River.

    All matters arising from any shifting in the course of Sheep Rock Creek and North Fork Crooked River including but not limited to accretion, reliction and avulsion.

9.  An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:

6

**EXHIBIT 1**
**Page 6 of 15**

Granted To: Secretary of the United States Department of Agriculture, for and in behalf of the United States of America
Recorded: September 17, 1931
Book/Page: 48-16

10.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc.
Recorded: July 11, 1951
Book/Page: 66-385

11.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc.
Recorded: July 11, 1951
Book/Page: 66-387

12.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: the United States of America
Recorded: August 31, 1964
Book/Page: 91-212

Re-recorded: June 10, 1965
Book/Page: 92-458

13.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Telephone Utilities of Eastern Oregon, an Oregon corporation
Recorded: May 21, 1981
Instrument No.: 60213

14.    A lease with certain terms, covenants, conditions and provisions set forth therein.
Lessor: United States Department of the Interior Bureau of Land Management
Lessee: Murphy Minerals Corporation
Dated: September 18, 1981
Recorded: August 16, 1982
Instrument No.: 65879

15.    Deed of Dedication including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Crook County, a political subdivision of the State of Oregon
Recorded: November 1, 2017
Instrument No.: 2017-283572

16.    Teaters Road as shown on the Crook County Assessor's Map.

PDX\138445\267789\ARW\36651520.1

EXHIBIT 1
Page 7 of 15

17.    Intentionally Omitted.

## SPECIAL EXCEPTIONS FOR TRACT III:

18.    Intentionally Omitted.

19.    Right, title and interest of the public in and to those portions of the Land lying within roads, streets or highways.

20.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: July 11, 1951
Book/Page: 66-391

21.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: July 11, 1951
Book/Page: 66-392

22.    Certificate of Water Right, including the terms and provisions thereof, recorded July 10, 1961, as Book-Page No. 3-61.

23.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Oregon State Highway Department
Recorded: April 10, 1961
Book/Page: 85-40

24.    Permit, including the terms and provisions thereof, recorded November 17, 1965, as Book-Page No. 93-345

25.    Reservations as disclosed in document,
Recorded: December 31, 1996
Instrument No.: 131592

26.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: State of Oregon, by and through its Department of Transportation
Recorded: May 13, 2010
Instrument No.: 2010-240667

27.    SE Teaters Rd as shown on the Crook County Assessor's Map.

8

EXHIBIT 1
Page 8 of 15

28. SE Camp Creek Rd as shown on the Crook County Assessor's Map.

29. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., an Oregon Electrical Cooperative Corporation
Recorded: August 10, 2015
Instrument No.: 2015-269762

30. Intentionally Omitted.

**SPECIAL EXCEPTIONS FOR TRACT IV:**

31. Intentionally Omitted.

32. Right, title and interest of the public in and to those portions of the Land lying within roads, streets or highways.

33. Rights of the public and governmental bodies in and to that portion of said premises now or at any time lying below the high water line of North Fork Crooked River and Crooked River, including any ownership rights which may be claimed by the State of Oregon as to any portion now or at any time lying below the ordinary high water line.

Such rights and easements for navigation and fishing as may exist over that portion of the property now or at any time lying beneath the waters of North Fork Crooked River and Crooked River.

All matters arising from any shifting in the course of North Fork Crooked River and Crooked River including but not limited to accretion, reliction and avulsion.

34. Reservation of Coal and other minerals, including the terms and provisions contained therein, in deed from United States of America.
Recorded: May 26, 1924
Patent: 44-244

35. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: the Secretary of the United States Department of Agriculture for and in behalf of the United States of America
Recorded: January 20, 1932
Book/Page: 48-85

PDX\138445\267789\ARW\36651520.1

**EXHIBIT 1**
**Page 9 of 15**

36.  An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: U.S. Department of Agriculture, for and on behalf of the United States of America
Recorded: April 28, 1934
Book/Page: 48-414

37.  An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: the Secretary of the United States Department of Agriculture for and in behalf of the United States of America
Recorded: April 28, 1934
Book/Page: 48-415

38.  An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: United States Department of Agriculture for and in behalf of the United States of America
Recorded: April 28, 1934
Book/Page: 48-416

39.  Easements as disclosed in document,
Recorded: June 4, 1951
Book/Page: 66-227

40.  An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: July 11, 1951
Book/Page: 66-391

41.  Rights and Restrictions as disclosed in document,
Recorded: July 7, 1951
Book/Page: 66-372

42.  Transfer of Mineral Rights, including the terms and provisions contained therein, in deed,
Recorded: November 4, 1954
Book/Page: 73-12

Statement of Claim, including the terms and provisions thereof,
Recorded: September 24, 1999
Instrument No.: 151266

43.  Limited access provisions contained in Deed from L.V. Smart and Irene M. Smart, husband and wife and Frank Mayfield and Margaret J. Mayfield, also known as Margaret Mayfield, husband and wife and F.M. Mayfield, also known as F. Miles Mayfield and

10

PDX\138445\267789\ARW\36651520.1

**EXHIBIT 1**
**Page 10 of 15**

Virginia Mayfield, husband and wife to State of Oregon, by and through its State Highway Commission, which provided that no right or easement of right of access to, from or across the State Highway other than expressly therein provided for shall attach to the abutting property,
Recorded: June 16, 1959
Book/Page: 83-552

44. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: March 4, 1960
Book/Page: 83-142

45. Limited access provisions contained in Deed from Dale T. Crafton and Veta May Crafton, husband and wife to State of Oregon, by and through its State Highway Commission, which provided that no right or easement of right of access to, from or across the State Highway other than expressly therein provided for shall attach to the abutting property,
Recorded: May 12, 1960
Book/Page: 83-387

46. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Telephone Utilities of Eastern Oregon, an Oregon corporation
Recorded: May 21, 1981
Instrument No.: 60213

47. Assignment Affecting Record Title to Oil and Gas Lease, including the terms and provisions thereof,
Recorded: June 28, 1982
Instrument No.: 65158

Assignment Overriding Royalty, including the terms and provisions thereof,
Recorded: May 11, 1983
Instrument No.: 68754

Assignment Overriding Royalty, including the terms and provisions thereof,
Recorded: May 11, 1983
Instrument No.: 68772

The Company makes no representation as to the present ownership of any such interests. There may be leases, grants, exceptions or reservations of interests that are not listed.

48. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: State of Oregon, by and through its Department of Transportation

11

EXHIBIT 1
Page 11 of 15

Recorded: May 13, 2010
Instrument No.: 2010-240667

49. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., an Oregon Electrical Cooperative Corporation
Recorded: August 10, 2015
Instrument No.: 2015-269762

50. SE Camp Creek Rd as shown on the Crook County Assessor's Map.

51. SE Maury Rd as shown on the Crook County Assessor's Map.

52. Intentionally Omitted.

**SPECIAL EXCEPTIONS FOR TRACT V:**

53. Intentionally Omitted.

54. Right, title and interest of the public in and to those portions of the Land lying within roads, streets or highways.

55. Rights of the public and governmental bodies in and to that portion of said premises now or at any time lying below the high water line of Camp Creek, including any ownership rights which may be claimed by the State of Oregon as to any portion now or at any time lying below the ordinary high water line.

Such rights and easements for navigation and fishing as may exist over that portion of the property now or at any time lying beneath the waters of Camp Creek.

All matters arising from any shifting in the course of Camp Creek including but not limited to accretion, reliction and avulsion.

56. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: E.W. Nelson, his heirs and assigns
Recorded: January 17, 1908
Book/Page: 16-394

57. An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: the Secretary of the United States Department of Agriculture for and in behalf of the United States of America
Recorded: October 25, 1933
Book/Page: 48-330

12

**EXHIBIT 1**
**Page 12 of 15**

58.    An easement including the terms and provisions thereof, affecting the portion of said premises and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: July 11, 1951
Book/Page: 66-392

59.    Mineral Right and Royalty Transfer, including the terms and provisions contained therein, in deed,
Recorded: November 4, 1954
Book/Page: 73-12

60.    Mineral Right and Royalty Transfer, including the terms and provisions contained therein, in deed,
Recorded: November 18, 1954
Book/Page: 73-65

61.    SE Camp Creek Rd as shown on the Crook County Assessor's Map.

62.    Intentionally Omitted.

## SPECIAL EXCEPTIONS FOR ALL TRACTS:

63.    Reservations contained in Patents from the United States of America and Deeds from the State of Oregon.

## SPECIAL EXCEPTIONS FOR TRACT II:

64.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: March 8, 1924
Book/Page: 44-151

65.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: November 7, 1924
Book/Page: 44-395

66.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: June 13, 1925
Book/Page: 44-623

67.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: March 21, 1928

13

EXHIBIT 1
Page 13 of 15

Book/Page: 46-316

68.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: November 19, 1934
Book/Page: 48-525

**SPECIAL EXCEPTIONS FOR TRACT III:**

69.    An easement including the terms and provisions thereof, affecting the portion of said Land and for the purposes stated therein as set forth in instrument:
Granted To: the Secretary of the United States Department of Agriculture for and in behalf of the United States of America
Recorded: January 20, 1932
Book/Page: 48-85

70.    An easement including the terms and provisions thereof, affecting the portion of said Land and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation
Recorded: July 11, 1951
Book/Page: 66-383

71.    Abandonment Resolution, including the terms and provisions thereof,
Recorded: October 24, 1962
Book/Page: 87-73

**SPECIAL EXCEPTIONS FOR TRACT IV:**

72.    Reservation of coal, iron, oil or other minerals, including the terms and provisions contained therein, in deed from Oregon & Western Colonization Company.
Recorded: November 11, 1915
Book/Page: 36-553

73.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: July 17, 1926
Book/Page: 45-373

74.    Reservation of coal and other minerals, including the terms and provisions contained therein, in deed from The United States of America.
Recorded: November 3, 1939
Book/Page: 51-337

75.    An easement including the terms and provisions thereof, affecting the portion of said Land and for the purposes stated therein as set forth in instrument:
Granted To: Central Electric Cooperative, Inc., a cooperative corporation

14

**EXHIBIT 1**
**Page 14 of 15**

Recorded: July 11, 1951
Book/Page: 66-383

76.   An easement including the terms and provisions thereof, affecting the portion of said
      Land and for the purposes stated therein as set forth in instrument:
      Granted To: Central Electric Cooperative, Inc., a cooperative corporation
      Recorded: March 28, 1952
      Book/Page: 68-33

77..  Decision of Right-of-Way Granted including the terms and provisions thereof, affecting
      the portion of said Land and for the purposes stated therein as set forth in instrument:
      Granted To: Oregon State Highway Department
      Recorded: April 10, 1961
      Book/Page: 85-40

78.   Abandonment Resolution, including the terms and provisions thereof,
      Recorded: October 24, 1962
      Book/Page: 87-73

79.   Permit, including the terms and provisions thereof,
      Recorded: November 17, 1965
      Book/Page: 93-345

## SPECIAL EXCEPTIONS FOR TRACT V:

80.   Reservation of coal, oil, gas and other minerals, including the terms and provisions
      contained therein, in deed from Crook County, Oregon, a public corporation.
      Recorded: January 14, 1939
      Book/Page: 50-603

81.   Reservation of coal and other minerals, including the terms and provisions contained
      therein, in deed from State Land Board, the State of Oregon.
      Recorded: September 17, 1942
      Book/Page: 53-234

82.   Reservation of coal and other minerals, including the terms and provisions contained
      therein, in deed from The United States of America.
      Recorded: April 19, 1943
      Book/Page: 53-488

## SPECIAL EXCEPTIONS FOR TRACT IV:

83.   Reservation of coal and other minerals, including the terms and provisions contained
      therein, in deed from The United States of America.
      Recorded: May 26, 1924
      Book/Page: 44-244

15

PDX\138445\267789\ARW\36651520.1

**EXHIBIT 1**
**Page 15 of 15**