BOOK 91 PAGE 212                    BOOK 92 PAGE 458

Tract No. RE-P-37

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

ACCESS ROAD EASEMENT

KNOW ALL MEN BY THESE PRESENTS, that for and in consideration of the sum of $ 1.00 , receipt of which is hereby acknowledged, NORTH FORK LIVESTOCK COMPANY, AN OREGON CORPORATION, does hereby grant, bargain, sell, and convey to the UNITED STATES OF AMERICA and its assigns, a perpetual easement and right-of-way, including but not limited to the right and privilege to locate, construct, relocate, maintain, control, and repair a roadway over and across the following described real property situated in the County of Crook, State of Oregon, to wit:

### Parcel 1 - Mainline

A parcel of land lying in the Northeast Quarter of the Southwest Quarter (NE¼SW¼), the South Half of the Southwest Quarter (S½SW¼), the North Half of the Southeast Quarter (N½SE¼) of Section 25, Township 16 South, Range 20 East, Willamette Meridian, Crook County, Oregon; the said parcel being all that portion of said property contained within a strip of land of varying width, 10 to 50 feet on each side of the following-described centerline:

Beginning at engineer's mainline station 74+00.00, said point being south 66°55' west a distance of 66.31 feet from the section corner common to sections 25, 26, 35 and 36, Township 16 South, Range 20 East, W.M., thence north 78°34' east for a distance of 100.00 feet to engineer's mainline station 75+00.00; thence north 78°34' east for a distance of 1,055.94 feet; thence along the arc of a 3°00' curve to the left through a central angle of 31°07' for a distance of 1,037.22 feet; thence north 47°27' east for a distance of 870.10 feet; thence along the arc of a 6°00' curve to the right through a central angle of 54°15' for a distance of 904.17 feet; thence south 78°18' east for a distance of 269.91 feet; thence along the arc of a 7°00' curve to the left through a central angle of 38°35' for a distance of 551.19 feet; thence north 63°07' for a distance of 792.25 feet; thence along the arc of a 4°00' curve to the right through a central angle of 10°06' for a distance of 252.50 feet; thence north 73°13' east for a distance of 266.72 feet to engineer's mainline station 135+00.00, said point being south 43°54' west a distance of 404.96 feet from the quarter corner common to sections 19 and 30, Township 16 South, Range 21 East, W.M.

The widths in feet of the strip of land above referred to are as follows:

| Station to Station | | Widths on Left Side of Centerline | Widths on Right Side of Centerline |
|---|---|---|---|
| 74+00.00 | 75+00.00 | 10 | 50 |
| 75+00.00 | 135+00.00 | 50 | 50 |

The parcel of land to which the above description applies contains 13.57 acres, more or less..

### Parcel 2 - Mainline

A parcel of land lying in the South Half of the Northwest Quarter (S½NW¼) of Section 30, Township 16 South, Range 21 East, Willamette Meridian, Crook County, Oregon; the said parcel being all that portion of said property contained within a strip of land 100 feet in width, 50 feet on the left and 50 feet on the right of the following-described centerline:

Beginning at engineer's mainline station 144+00.00, said point being south 35°54' west a distance of 3,144.77 feet from the quarter corner common to sections 19 and 30, Township 16 South, Range 21 East, W.M., thence north 73°13' east for a distance of 1,532.80 feet; thence along the arc of a 16°00' curve to the left through a central angle of 33°34' for a distance of 209.79 feet; thence north 39°39' east for a distance of 355.41 feet to engineer's mainline station 165+00.00, said point being south 0°58' west a distance of 1,719.03 feet from the quarter corner common to Sections 19 and 30, Township 16 South, Range 21 East, W.M.

The parcel of land to which the above description applies contains 4.01 acres, more or less.

This easement is being rerecorded for the purpose of correcting an error in the description of Parcel 1.

EXHIBIT 3
Page 1 of 5

Tract No. RE-P-37

Parcel 3 - Mainline

A parcel of land lying in the Northwest Quarter of the Northwest Quarter (NW¼NW¼) of Section 17 and the East Half of the Northeast Quarter (E½NE¼), the Southwest Quarter of the Southeast Quarter (SW¼SE¼), the East Half of the Southeast Quarter (E½SE¼) of Section 18 and the East Half of the Northeast Quarter (E½NE¼), the Northwest Quarter of the Northeast Quarter (NW¼NE¼), the Southwest Quarter of the Southeast Quarter (SW¼SE¼), the East Half of the Southeast Quarter (E½SE¼) of Section 19 and the South-west Quarter of the Northwest Quarter (SW¼NW¼), the North Half of the Southwest Quarter (N½SW¼), the Southwest Quarter of the Southwest Quarter (SW¼SW¼) of Section 20, all in Township 16 South, Range 21 East, Willamette Meridian, Crook County, Oregon; the said parcel being all that portion of said property contained within a strip of land 100 feet in width, 50 feet on the left and 50 feet on the right of the following-described centerline:

Beginning at engineer's mainline station 184+00.00, said point being south 84°00' east a distance of 889.88 feet from the quarter corner common to Sections 19 and 30, Township 16 South, Range 21 East, W.M., thence north 0°24' east for a distance of 144.97 feet; thence along the arc of a 6°00' curve to the left through a central angle of 32°11' for a distance of 536.39 feet; thence north 31°47' west for a distance of 350.88 feet; thence along the arc of a 22°00' curve to the right through a central angle of 39°31' for a distance of 179.62 feet; thence north 7°44' east for a distance of 138.52 feet; thence along the arc of a 28°00' curve to the right through a central angle of 62°56' for a distance of 224.76 feet; thence north 70°40' east for a distance of 345.04 feet; thence along the arc of a 5°00' curve to the right through a central angle of 9°45' for a distance of 195.00 feet; thence north 80°25' east for a distance of 470.33 feet; thence along the arc of a 14°00' curve to the right through a central angle of 27°00' for a distance of 192.86 feet; thence south 72°35' east for a distance of 1,138.12 feet; thence along the arc of an 8°00' curve to the left through a central angle of 25°37' for a distance of 320.21 feet; thence north 81°48' east for a distance of 469.11 feet; thence along the arc of a 12°00' curve to the left through a central angle of 76°38' for a distance of 638.61 feet; thence north 5°10' east for a distance of 362.62 feet; thence along the arc of a 12°00' curve to the left through a central angle of 48°27' for a distance of 403.75 feet; thence north 43°17' west for a distance of 413.47 feet; thence along the arc of a 01°00' curve to the left through a central angle of 3°32' for a distance of 353.33 feet to engineer's mainline station 252+77.59, said point being south 78°23' west a distance of 729.95 feet from the quarter corner common to Sections 19 and 20, Township 16 South, Range 21 East, W.M.; thence north 46°49' west for a distance of 1,221.73 feet; thence along the arc of a 1°00' curve to the left through a central angle of 1°54' for a distance of 190.00 feet; thence north 48°43' for a distance of 1,059.16 feet; thence along the arc of a 14°00' curve to the right through a central angle of 22°22' for a distance of 159.76 feet; thence north 26°21' west for a distance of 223.92 feet; thence along the arc of a 14°00' curve to the right through a central angle of 72°42' for a distance of 519.29 feet; thence north 46°21' east for a distance of 1,151.21 feet; thence along the arc of a 22°00' curve to the left through a central angle of 88°58' for a distance of 379.85 feet; thence north 42°37' west for a distance of 870.25 feet; thence along the arc of a 22°00' curve to the right through a central angle of 83°34' for a distance of 379.85 feet; thence north 40°57' east for a distance of 377.06 feet; thence along the arc of a 10°00' curve to the right through a central angle of 8°20' for a distance of 83.33 feet; thence north 49°17' east for a distance of 88.08 feet; thence along the arc of a 20°00' curve to the left through a central angle of 27°15' for a distance of 136.25 feet; thence north 22°02' east for a distance of 112.54 feet; thence along the arc of a 5°00' curve to the left through a central angle of 6°04' for a distance of 121.33 feet; thence north 15°58' east for a distance of 427.95 feet; thence along the arc of a 5°00' curve to the right through a central angle of 5°38' for a dis-tance of 112.67 feet; thence north 21°36' east for a distance of 118.35 feet; thence along the arc of a 14°00' curve to the left through a central angle of 23°02' for a distance of 162.52 feet; thence north 1°26' west for a distance of 150.34 feet; thence along the arc of a 10°00' curve to the right through a central angle of 31°50' for a distance of 318.33 feet; thence north 30°24' east for a distance of 1,121.39 feet;

BOOK 92 PAGE 459

EXHIBIT 3
Page 2 of 5

BOOK 92 PAGE 460     BOOK 91 PAGE 214     Tract No. RE-P-37

thence along the arc of a 30°00' curve to the left through a central angle of 31°05' for a distance of 103.61 feet; thence north 00°41' west for a distance of 110.00 feet to engineer's mainline station 350+02.90, said point being north 66°28' east a distance of 177.78 feet from the Section corner common to Sections 7, 8, 17 and 18, Township 16 South, Range 21 East, W.M.

The parcel of land to which the above description applies contains 37.79 acres, more or less.

## Parcel 4 - Mainline

A parcel of land lying in the North Half of the Northeast Quarter (N½NE¼) of Section 18, Township 16 South, Range 21 East, Willamette Meridian, Crook County, Oregon; the said parcel being all that portion of said property contained within a strip of land 100 feet in width, 50 feet on the left and 50 feet on the right of the following-described centerline:

Beginning at engineer's mainline station P.T. 357+78.71, said point being north 81°22' west a distance of 626.09 feet from the section corner common to Sections 7, 8, 17 and 18, Township 16 South, Range 21 East, W.M.; thence south 56°28' west a distance of 238.65 feet; thence along the arc of a 22°00' curve to the right through a central angle of 50°13' for a distance of 228.26 feet; thence north 73°19' west for a distance of 235.29 feet; thence along the arc of a 12°00' curve to the left through a central angle of 18°33' for a distance of 154.58 feet; thence south 88°08' west for a distance of 12.00 feet; thence along the arc of a 24° curve to the right through a central angle of 31°13' for a distance of 130.08 feet; thence north 60°39' west for a distance of 126.00 feet to engineer's mainline station 369+03.57, said point being north 86°03' west a distance of 1,668.64 feet from the section corner common to Sections 7, 8, 17 and 18, Township 16 South, Range 21 East, W.M.

The parcel of land to which the above description applies contains 1.51 acres, more or less.

## Parcel 5 - Spur

A parcel of land lying in the Northwest Quarter of the Northeast Quarter (NW¼NE¼), the South Half of the Northeast Quarter (S½NE¼), the North Half of the Southeast Quarter (N½SE¼) of Section 18, Township 16 South, Range 21 East, Willamette Meridian, Crook County, Oregon; the said parcel being all that portion of said property contained within a strip of land of varying width, 30 to 50 feet on each side of the following-described centerline:

Beginning at engineer's spurline station 0+00.00, being approximately station 310+10.30 on the centerline of the mainline described above, which point lies north 12°42' west a distance of 4,175.57 feet from the quarter corner common to Sections 19 and 20, Township 16 South, Range 20 East, W.M.; thence north 43°29' west for a distance of 67.18 feet, thence along the arc of a 22°00' curve to the right through a central angle of 28°39' for a distance of 130.23 feet; thence north 14°50' west for a distance of 433.58 feet; thence along the arc of a 12°00' curve to the right through a central angle of 14°57' for a distance of 124.58 feet; thence north 0°07' east for a distance of 342.08 feet; thence along the arc of a 30°00' curve to the left through a central angle of 61°21' for a distance of 204.50 feet; thence north 61°14' west for a distance of 609.70 feet; thence along the arc of a 10°00' curve to the right through a central angle of 15°50' for a distance of 157.00 feet; thence north 45°32' west for a distance of 29.43 feet; thence along the arc of a 10°00' curve to the left through a central angle of 14°38' for a distance of 146.30 feet; thence north 60°10' west for a distance of 40.30 feet; thence along the arc of a 12°00' curve to the right through a central angle of 20°13' for a distance of 168.50 feet; thence north 39°57' west for a distance of 248.94 feet to engineer's spurline station P.C. 27+02.32; thence along the arc of a 56°00' curve to the right through a central angle of 72°52' for a distance of 130.12 feet to engineer's spurline station P.T. 28+32.44; thence north 32°55' east for a distance of 212.63 feet; thence along the arc of a 40°00' curve to the left through a central angle of 47°41' for a distance of 119.21 feet; thence north 14°46' west for a distance of 210.42 feet; thence along the arc of a 24°00'

EXHIBIT 3
Page 3 of 5

Tract No. RE-P-37

curve to the right through a central angle of 38°22' for a distance of 159.86 feet; thence north 23°36' east for a distance of 315.51 feet; thence along the arc of a 16°00' curve to the left through a central angle of 35°06' for a distance of 219.38 feet; thence north 11°30' west for a distance of 136.84 feet; thence along the arc of a 20°00' curve to the left through a central angle of 31°24' for a distance of 157.00 feet; thence north 42°54' west for a distance of 131.05 feet to engineer's spurline station 44+94.33, said point being north 85°47' west a distance of 2,627.12 feet from the section corner common to Sections 7, 8, 17 and 18, Township 16 South, Range 21 East, W.M.

The widths in feet of the strip of land above referred to are as follows:

| Station to Station | | Widths on Left Side of Centerline | Widths on Right Side of Centerline |
|---|---|---|---|
| 0+00.00 | 27+02.32 | 50 | 50 |
| 27+02.32 | 28+32.44 | 30 | 50 |
| 28+32.44 | 44+94.33 | 50 | 50 |

The parcel of land to which the above description applies contains 9.98 acres, more or less.

The rights and privileges herein granted are for the full use as a roadway by the Grantee, its licensees and permittees, including the right of access for the people of the United States generally to lands owned, administered or controlled by the UNITED STATES OF AMERICA for all lawful and proper purposes subject to reasonable rules and regulations of the Bureau of Land Management.

TO HAVE AND TO HOLD said easement and right-of-way unto the UNITED STATES OF AMERICA and its assigns forever.

The Grantor covenants and warrants that it is lawfully seized and possessed of the land aforesaid and has the full right, power and authority to execute this conveyance, and that it will defend the title to the easement and right-of-way conveyed herein and quiet enjoyment thereof against any claims and demands of all persons whomsoever and that said land is free and clear of liens, claims, or encumbrances, including current or past due taxes.

Dated this 31st day of August, 1964.

NORTH FORK LIVESTOCK COMPANY

By _James E. Teater_
            President

Attest _A.R. Teater_
            Secretary

Accepted subject to approval of title by the Department of Justice:

_Donald Z. Robins_
District Manager
Bureau of Land Management

BOOK 91 PAGE 215

BOOK 92 PAGE 461

EXHIBIT 3
Page 4 of 5

BOOK 92 PAGE 462 | BOOK 91 PAGE 216

Tract No. RE-P-37

CORPORATE ACKNOWLEDGEMENT

STATE OF Oregon )
) ss:
COUNTY OF Crook )

On this 31st day of August , 19 64, before me personally appeared James E. Teater and A. R. Teater to me known to be the president and secretary of the corporation that executed the foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated they authorized to executed said instrument and that the seal affixed is the corporate seal of said corporation.

My commission expires October 1, 1967

Howard R. Moore
Notary Public in and for the
State of Oregon
Residing at Bend

(SEAL)

- - - - - - - - -

INDEXED

93464

STATE OF OREGON,) ss.
COUNTY OF CROOK,)

I CERTIFY that the within instrument of writing was received for record on the 31st day of August A. D. 1964 at 4:30 o'clock P M., and recorded in Book 91 on Page 212 Records of Deeds of said County.
Hazel A. Powell
County Clerk
By Grace G. Bannon Deputy

INDEXED

STATE OF OREGON,) ss. 95525
COUNTY OF CROOK,)

I CERTIFY that the within instrument of writing was received for record on the 10 day of June A. D. 19 65 at 3:50 o'clock P.M., and recorded in Book 92 on Page 458 Records of DEEDS of said County.
Hazel A. Powell
County Clerk
By Grace G. Bannon Deputy

EXHIBIT 3
Page 5 of 5