

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

**EXHIBIT 4**
**Page 1 of 2**



EXHIBIT MAP SHOWING LOCATIONS OF PARCEL MAINLINES AS PER DEED BOOK 92 AT PAGE 458, RECORDS OF CROOK COUNTY, OREGON, LOCATED IN SECTION 25, T.16S., R.20E., W.M., AND SECTIONS 7, 17, 18, 19, 20 AND 30 T.16S., R.21E., W.M., CROOK COUNTY, OREGON
W.O. 14-4532

PREPARED FOR
WAIBEL RANCHES LLC.
80555 SW POWELL BUTTE HWY.
POWELL BUTTE, OR 97753
(541) 419-1853

PREPARED BY
ARMSTRONG SURVEYING & ENGINEERING, INC.
267 NE SECOND ST. STE. 100
PRINEVILLE, OR 97754
(541) 447-7751

SCALE
1" = 500'

AUGUST 28, 2014

LEGEND
O  FOUND RECORD SURVEY MONUMENT
———  AS-BUILT CENTERLINE ROAD LOCATION
— — —  ROTATED RECORD BOOK 92 AT PAGE 458 CENTERLINE LOCATION

ARMSTRONG
surveying & engineering, inc.
established 1977
SHEET 2 OF 2
DRG. NO. 14-4532.DWG
W.O. 14-4532

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

EXHIBIT 4
Page 2 of 2