

**BUREAU OF LAND MANAGEMENT**

3050 NE Third Street • Prineville, Oregon 97754 • http://www.blm.gov/or/districts/prineville

For Release: April 13, 2015

Contact: Lisa Clark
(541) 416-6864

## Teaters Road Closure Announced

*PRINEVILLE, Ore.* – The Bureau of Land Management (BLM) Prineville District Office was recently notified that beginning on or before May 15, Teaters Road will be closed to public access (approximately 1.4 miles north of the junction of Teaters Road and State Highway 380 and at two spots five miles to the north where the road "Y's" and meets BLM land). Teaters Road extends several miles through private land, and the landowners are planning on installing gates on the road to prevent continued misuse of the road by the general public. Multiple landowners in the area have experienced years of trespassing, illegal hunting on private land, poaching, off-road vehicle and ATV damage, illegal antler hunting and littering.

The landowner had previously asked the BLM to close the road due to the abuse by the public; however, the BLM declined as the agency didn't feel the closure was in the best interest of the public. The landowner was able to proceed with the closure because the BLM's Right-of-Way (obtained in 1964) did not cover the entire length of Teaters Road.

Teaters Road is approximately 30 miles east of Prineville off State Highway 380 (also known as the Paulina Highway). In addition to providing access to private ranches, the road allows through travel from the highway north through the Ochoco National Forest, and offers one of two points of entry to the BLM-administered North Fork Crooked Wild and Scenic River area. Once the closure is in place, access to the North Fork Crooked River will only be available from the Ochoco National Forest. Visitors must travel south on FS Road 4225 to reach BLM land around.

The local landowners and BLM will work together to inform the public of this change in access. Although local businesses and agencies will be able to retain administrative use for business purposes, the closure will affect hunters, campers and other dispersed recreation users accustomed to accessing the area via Teaters Road. "We understand the frustration this will cause public land users," said Chip Faver, BLM Field Manager for that area, "however; we respect the rights of the private landowners, particularly when they're experiencing that kind of damage."

Signs will be installed at key points on the road at appropriate turn-around points to avoid complications with large vehicles and trailers. BLM will also coordinate with Oregon Department of Fish and Wildlife to inform hunters with tags for that area for fall hunting seasons.

For more information about this closure, please contact the Prineville BLM at (541) 416-6700. You can find more information about the Prineville District at http://on.doi.gov/1CArGLg.

About the BLM: The BLM manages more than 245 million acres of public land, the most of any Federal agency. This land, known as the National System of Public Lands, is primarily located in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The BLM's mission is to manage nd conserve the public lands for the use and enjoyment of present and future generations under our mandate of multiple-use and sustained yield. In Fiscal Year 2014, the BLM generated $5.2 billion in receipts from public lands.

###

**Come join the Oregon/Washington BLM on Facebook, Twitter, YouTube, and Flickr for the latest on outdoor opportunities, videos** of your public lands, spectacular photos, and a whole lot more!
FACEBOOK: www.facebook.com/blmoregon    YOUTUBE: www.youtube.com/user/blmoregon
FLICKR: www.flickr.com/photos/blmoregon    TWITTER: www.twitter.com/blmoregon



**EXHIBIT 5**
**Page 1 of 1**