For Release: May 1, 2015

Contact: Lisa Clark
(541) 416-6864

## Teaters Road Closure Announced

*PRINEVILLE, Ore.* – The Bureau of Land Management (BLM) Prineville District Office was recently notified that beginning on or before May 15, 2015, Teaters Road will be closed to public access approximately 1.4 miles north of the junction of Teaters Road and State Highway 380 and at two spots five miles to the north where the road "Y's" and meets BLM land. Teaters Road extends several miles through private land, and the landowners are planning on installing gates on the road to prevent continued misuse of the road by the general public. Multiple landowners in the area have experienced years of trespassing, illegal hunting on private land, poaching, off-road vehicle and ATV damage, illegal antler hunting and littering.
The BLM was contacted and asked to close the road due to this abuse by the public. The BLM declined. Further study revealed information that the easement is and always has been invalid since it's inception.

Teaters Road is approximately 30 miles east of Prineville off State Highway 380 (also known as the Paulina Highway). Once the closure is in place, access to the North Fork Crooked River will only be available from the Ochoco National Forest. Visitors will have to travel south along FS Road 4225 to reach BLM land in the area.

The local landowners and BLM will work with other organizations and outlets to inform the public of this change in access. By license, agencies will be able to retain administrative use for agency purposes. "We understand the frustration this will cause public land users," said Chip Faver, BLM field manager for that area, "however; we respect the rights of the private landowners, particularly when they're experiencing that kind of damage."

In order to facilitate education about the closure, the local landowner will install the gates and will close them permanently on or before May 15, 2015. Signs will be installed at key points (by the agencies and landowners involved) on the Ochoco National Forest and BLM land informing the public about the closure and lack of turn-around for trailers and large vehicles. BLM will also coordinate with Oregon Department of Fish and Wildlife to inform hunters with tags for that area for fall hunting season.

For more information about this closure, please contact the Prineville BLM at (541) 416-6700. You can find more information about the Prineville District on the web at
http://www.blm.gov/or/districts/prineville/index.php

**EXHIBIT 6**
**Page 1 of 1**